UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COLE JACKSON,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF TREASURY, et al.,<br><br>   Defendants. | Case No. 21-cv-05786-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff, a state prisoner in Pennsylvania proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP") and he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days has passed, and plaintiff has not submitted any filing or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. The pending motion (Docket No. 2) is **DISMISSED** as moot.

**IT IS SO ORDERED.**

Dated: September 13, 2021

　　　　　　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge